**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

---

DANA RICKETTS

VERSUS

U.S. IMMIGRATION & CUSTOMS
ENFORCEMENT

CIVIL ACTION NO. 26-0667

JUDGE ALEXANDER C. VAN HOOK

MAGISTRATE JUDGE McCLUSKY

---

### ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 8, the petitioner's Petition for Writ of Habeas Corpus, Motion to Terminate Mandatory ICE Detention and Motion to Appoint Counsel, Record Documents 1, 2, and 4, and after a *de novo* review of the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that petitioner's Petition for Writ of Habeas Corpus, Record Document 1, is **DISMISSED WITHOUT PREJUDICE.** Petitioner has a right to re-file her *Zadvydas* claim should her confinement become unconstitutional.

**IT IS FURTHER ORDERED** that petitioner's Motion to Terminate Mandatory ICE Detention and Motion for Appointed Counsel, Record Documents 2 and 4, are **DENIED AS MOOT**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of May, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE